IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jimmy Michael Hudson, II,

    Plaintiff,

v.

Village of Buckeye Lake, *et al.*,

    Defendants.

Case No. 2:24-cv-301
Judge James L. Graham
Magistrate Judge Elizabeth P. Deavers

<u>Order</u>

    This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that plaintiff's complaint be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    No objections to the Report and Recommendation have been filed.  Upon review, the Court agrees with the Report and Recommendation (Doc. 4), which is hereby adopted.  Plaintiff's complaint is DISMISSED.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: May 22, 2024